**Kerima LEWIS, Plaintiff–Appellant,**

v.

**CITY OF BERKELEY, Defendant–Appellee.**

No. 09–16126.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 16, 2010.

Filed July 16, 2010.

---

* The panel unanimously concludes this case is suitable for decision without oral argument, and we therefore deny Fuentes–Chavarria's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Adam Martin Zolonz, Zolonz and Associates, Los Angeles, CA, for Plaintiff–Appellant.

Zachary D. Cowan, Acting City, Kristy Lee Van Herick, Deputy City, Office of the City Attorney, Berkeley, CA, for Defendant–Appellee.

* The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

Before: SCHROEDER and RAWLINSON, Circuit Judges, and COLLINS, District Judge.*

MEMORANDUM **

Plaintiff–Appellant Kerima Lewis appeals the district court's dismissal of her complaint alleging violations of the Equal Protection Clause of the Fourteenth Amendment and its counterpart in the California Constitution, *see* Cal. Const. art. I, § 7. Lewis argues the district court should not have dismissed her complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

The district court properly determined that Lewis's complaint lacked sufficient factual allegations to state a claim for a violation of equal protection. The allegations of discriminatory animus in Lewis's complaint are all legal conclusions couched as factual allegations that the district court was not bound to accept as true. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007).

The court properly took judicial notice of public records to establish that the City amended its zoning ordinance in 1998, revoked the U–Haul facility's use permit in 2007, and stated legitimate, race-neutral reasons for doing so. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir.2001). The court did not violate Federal Rule of Evidence 802. The City did not offer the resolution to prove the truth of the statements it contained concerning complaints that had been made

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

against the U–Haul facility. The City offered the resolution only to show that it had stated legitimate reasons for revoking the U–Haul facility's use permit. *See Las Vegas Nightlife, Inc. v. Clark County*, 38 F.3d 1100, 1102 (9th Cir.1994).

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.